**No. 61936.**—Carson M. Simon & Co., successors to Wm. J. Jones & Co. *v.* United States, protest 239620–K (Philadelphia).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the merchandise consists of steel scrap which is secondhand and fit only to be remanufactured, the claim of the plaintiff was sustained.

**No. 61937.**—Hammel, Riglander & Co., Inc. *v.* United States, protest 325085–K (New York).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the items of merchandise are watch parts, consisting of assemblies or subassemblies made of one piece of metal and one watch jewel, the claim of the plaintiff was sustained.

**No. 61938.**—Camarge Trading Co., Inc. *v.* United States, protest 312054–K (A) (New York).

Opinion by LAWRENCE, J.   The protest was dismissed.

**No. 61939.**—Leslie B. Canion *v.* United States, protest 320941–K (Galveston).

Opinion by LAWRENCE, J.   The protest was dismissed.

**No. 61940.**—Railway Express Agency, Inc. *v.* United States, protest 321428–K (Tampa).

Opinion by LAWRENCE, J.   The protest was dismissed.